# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DARRIN GRUENBERG,

        Plaintiff,

v.                                                           Case No. 10-C-749

RICHARD SCHNEITER, et al.,

        Defendants.

## ORDER GRANTING IFP ON APPEAL

Plaintiff has filed the required trust account statement. It appears from that statement that Plaintiff could not afford to pay any portion of the appellate filing fee. Accordingly, the initial partial filing fee is **waived.** Further, because the appeal is not taken in bad faith, the motion to proceed *in forma pauperis* is **GRANTED**.

IT IS FURTHER ORDERED that the Secretary of the Wisconsin Department of Corrections or his designee shall collect from the plaintiff's prison trust account the balance of the appellate filing fee ($455) by collecting monthly payments from the plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the plaintiff's trust account and forwarding payments to the clerk of court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the case name and number assigned to this action.

IT IS FURTHER ORDERED that copies of this order be sent to the warden of the institution where the plaintiff is confined, and to PLRA Attorney, United States Court of Appeals for the

Seventh Circuit, 219 S. Dearborn Street, Rm. 2722, Chicago, Illinois 60604.

**SO ORDERED** this 19th day of October, 2011.

s/ William C. Griesbach
William C. Griesbach
United States District Judge
